# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOHN R. MCCOOL, | : | No. 16 MM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| NORTHUMBERLAND COUNTY CCP, | : | |
| CHARLES H. SAYLOR J, | : | |
| NORTHUMBERLAND COUNTY ODA, | : | |
| ANTHONY "TONY" M. MATULEWICZ, III, | : | |
| DA, SNYDER COUNTY CCP, LOUISE O. | : | |
| KNIGHT J, SNYDER COUNTY ODA, | : | |
| MICHAEL F. J. PIECUCH, DA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of March, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition and Writ of Mandamus and the Application for an Immediate Hearing are **DENIED**.

The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.